## Silinsky et ux., Appellants *v.* Pennsylvania Railroad Company.

Argued December 4, 1946. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

500

502

*Charles Edwin Wallington,* for appellants.

*Theodore Voorhees,* with him *Philip Price, Barnes, Dechert, Price, Smith & Clark,* for appellee.

PER CURIAM, January 6, 1947:
The order of the court below is affirmed on the opinion of Judge Francis Shunk Brown, Jr.